| PROB 22 (Rev. 2/88) **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 1089 2:06M-2394-001 |
| | DOCKET NUMBER *(Rec. Court)* |

MAGISTRATE JUDGE MASON

JUDGE KOCORAS

| NAME AND ADDRESS OF PROBATION | DISTRICT | DIVISION |
|---|---|---|
| Dawn R. ROGAN | WYOMING | U.S. PROBATION OFFICE |
| | NAME OF SENTENCING JUDGE | |
| | STEPHEN E. COLE, U.S. MAGISTRATE JUDGE | |
| | DATES OF PRE-JUDGMENT PROBATION | FROM January 25, 2007 | TO January 24, 2008 |

**OFFENSE**

# 07CR   761

POSSESSION OF A CONTROLLED SUBSTANCE, TO WIT: MARIJUANA [21 U.S.C. § 844]

RECEIVED OCT 25 2007 U.S. PROBATION OFFICE CHICAGO, ILLINOIS

## PART 1 - ORDER TRANSFERRING JURISDICTION

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the Probationer named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF ILLINOIS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Probation may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

9/12/07
*Date*

*Signature*
United States Magistrate Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named Probationer be accepted and assumed by this Court from and after the entry of this order.

FILED
11-15-07
NOV 15 2007

NOV 1 3 2007
*Effective Date*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*James F. Holderman*
United States District/Magistrate Judge

*UNITED STATES GOVERNMENT*

*MEMORANDUM*

**DATE:**          November 9, 2007

**REPLY TO
 ATTN OF:**      U. S. Probation Office
                55 East Monroe Street,  Room 1500
                Chicago, Illinois   60603

**SUBJECT:**      Transfer of Jurisdiction

**TO:**          Mrs. Alyce Mobley-Morris
                Courtroom Deputy to Chief Judge Holderman
                U. S. Court House, Room 2548


**RE:   ROGAN, DAWN**

**DOCKET NO. OF
TRANSFERRING COURT: 1089 2:06M-2394-001**

Enclosed is Probation Form 22 initiating transfer of jurisdiction to our
district.  Please return the signed copies accepting jurisdiction to this
office.

Thank you.

Attachment

cc:   Debra Bartelt
      U. S. Probation Officer

taw